United States Court of Appeals,

Fifth Circuit.

No. 93-9081.

UNITED STATES of America, Plaintiff-Appellee,

v.

Loreta De-Ann COFFMAN, Defendant-Appellant.

April 10, 1997.

Appeal from the United States District Court for the Northern District of Texas; Robert B. Maloney, Judge.

Prior report: --- U.S. ----, 117 S.Ct. 40, 136 L.Ed.2d 3.

Before GARWOOD, DUHÉ and PARKER, Circuit Judges.

BY THE COURT:

The Supreme Court of the United States vacated this Court's previous order as to Loreta De-Ann Coffman, *see United States v. Clark,* 67 F.3d 1154 (5th Cir.1995), and remanded it for further consideration in light of *Bailey v. United States,* --- U.S. ----, 116 S.Ct. 501, 133 L.Ed.2d 472 (1996).

IT IS ORDERED that the motion of appellant, Loreta De-Ann Coffman, to summarily reverse, vacate, and remand for resentencing is GRANTED. Loreta De-Ann Coffman's conviction for violation of 18 U.S.C. § 924(c)(1) is REVERSED, her sentence is VACATED, and this case is REMANDED to the district court for resentencing.